**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6227**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

IKE RAYEFORD WILLIAMS,

                    Defendant - Appellant.


Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:98-cr-00101-NCT-3; 1:02-cv-00359)


Submitted:  January 25, 2010          Decided:  February 3, 2010


Before KING and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.


Affirmed by unpublished per curiam opinion.


George B. Currin, Raleigh, North Carolina; M. Gordon Widenhouse, Jr., RUDOLF, WIDENHOUSE & FIALKO, Chapel Hill, North Carolina, for Appellant.  Anna Mills Wagoner, United States Attorney, Angela H. Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ike Rayeford Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying his "Motion to Re-enter Previous Order of 24 June 2005." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Williams, Nos. 1:98-cr-00101-NCT-3; 1:02-cv-00359 (M.D.N.C. Jan. 8, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED